UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:01CV-389-H

HOLLY LONG                                                                                    PLAINTIFF

V.

DAWSON SPRINGS INDEPENDENT
SCHOOL DISTRICT, et al.                                                                  DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiff's counsel has moved for an award of attorney's fees due to her alleged success in the 42 U.S.C. § 1983 and IDEA claims. This Court concludes that several reasons require denial of the motion.

Because Plaintiff filed these claims some three years after the time required for doing so, Defendants have a strong argument that the claim is barred due to that untimely filing. Although Plaintiff pleads excusable neglect due to the chaos caused by Hurricane Katrina, that tragedy occurred about five months after the time for filing the claims had passed. Consequently, Hurricane Katrina provides no reasonable excuse for the delay which occurred. For the reasons that follow, moreover, Plaintiff's claims must be denied on substantive grounds.

Plaintiff is not entitled to attorney's fees under the Individuals with Disabilities Education Act ("IDEA") because she has never presented a successful appeal under that statute. Before filing a claim in federal court under IDEA, a plaintiff must exhaust her administrative remedies. In the underlying proceedings, the Department of Education and this Court determined that Defendants had met their responsibilities under the existing proceedings.

Plaintiff never completed an administrative appeal of the Department's ruling.  The Sixth Circuit agreed and, consequently, Plaintiff cannot conceivably be deemed a successful litigant under IDEA.

Finally, Plaintiff is not entitled to attorney's fees under § 1983 because this Court dismissed her claim under that statute.  This Court dismissed Plaintiff's § 1983 because she could not show any damages.  Moreover, it was questionable whether one was entitled to damages under these circumstances.  The Sixth Circuit was equally as emphatic: holding that an IDEA plaintiff may not obtain money damages under a § 1983 claim.  Consequently, Plaintiff cannot possibly be deemed a prevailing party under that statute.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims for attorney's fees are DENIED.

This is a final and appealable order.

cc:     Counsel of Record